# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00515-CR

**The State of Texas, Appellant**

**v.**

**Rafael Goris, Appellee**

### FROM THE 424TH DISTRICT COURT OF BLANCO COUNTY
### NO. 2001, THE HONORABLE EVAN C. STUBBS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State of Texas has filed a motion to dismiss its appeal from the district court's July 29, 2022 order granting Rafael Goris's motion to suppress evidence. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Smith

Dismissed on Appellant's Motion

Filed: September 15, 2022

Do Not Publish